## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| GIOVANNI TORRES,<br>　　Plaintiff, | : : : | |
| v. | : : | No. 3:19-cv-1121 (VLB) |
| BARBARA KIM GOODWIN, et al.,<br>　　Defendants. | : : : : | |

### ORDER

On March 11, 2020, the defendants filed a motion for summary judgment. Plaintiff's response was due on or before April 1, 2020. To date, he has neither submitted his response nor sought an extension of time within which to do so.

Plaintiff submitted a change of address two days after the defendants filed their motion indicating that he was no longer incarcerated. The defendants, however, sent their motion to the plaintiff at the halfway house program to which he had been discharged.

Plaintiff is hereby directed to file his opposition to the motion for summary judgment on or before July 1, 2020. Failure to do so will result in the dismissal of this action for failure to prosecute without further notice from the court.

　　　　　　　　　　　　　　　　　　IT IS SO ORDERED

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　Hon. Vanessa L. Bryant
　　　　　　　　　　　　　　　　　　United States District Judge

Dated at Hartford, Connecticut: June 9, 2020